IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SAMANTHA JENKINS, EDWARD BROWN, KEILEE FANT, BYEON WELLS, MELDON MOFFIT, ALLISON NELSON, HERBERT NELSON, JR., and TONYA DEBERRY, *et al.*, | ) ) ) ) ) |
| Plaintiffs, | ) Case No.:   4:15-CV-00252-CEJ ) |
| v. | ) ) |
| THE CITY OF JENNINGS, | ) ) |
| Defendant. | ) ) |

## JOINT STATUS REPORT AND MOTION TO STAY ALL PROCEEDINGS FOR AN ADDITIONAL 90 DAYS

Defendant The City of Jennings ("Defendant"), by and through counsel, and Plaintiff Samantha Jenkins, Edward Brown, Keilee Fant, Byeon Wells, Meldon Moffitt, Allison Nelson, Herbert Nelson, Jr., and Tonya DeBerry ("Plaintiffs"), by and through counsel, hereby file this Joint Status Report and Motion to Stay all Proceedings for an Additional 90 Days until September 29, 2015, and state:

1.   On March 27, 2015, the Court granted the Parties' Joint Motion to Stay all Proceedings until June 29, 2015 so the Parties could attempt to negotiate a reasonable resolution of Plaintiffs' claims to bring an end to this litigation.  The Court also requested that the Parties file a Joint Status Report on June 29, 2015 (Doc. No. 9).

2.   Since the stay was entered by the Court, the Parties have met on numerous occasions to negotiate a resolution of the various constitutional claims asserted by the Plaintiffs and the requests of the Plaintiffs for declaratory judgments and injunctive relief concerning the operation of the Jennings Municipal Court and the Jennings jail.  The Parties have spent in

excess of forty (40) hours negotiating the complex and detailed constitutional issues relating to the operation of the municipal court and the Plaintiffs' requests for declaratory judgments and injunctive relief, and have exchanged various proposals and counter proposals to resolve the constitutional claims.

3. The Parties have agreed in principle to the resolution of the various constitutional claims asserted by the Plaintiffs and the Plaintiffs' requests for declaratory judgments and injunctive relief concerning the operation of the Jennings Municipal Court and the Jennings jail, subject to the approval of the City Council for the City of Jennings. The Parties submit that a request for an Order to be entered by the Court concerning the declaratory relief and injunctive relief will be filed by the Parties within the next thirty (30) days.

4. Counsel for the Defendant and counsel for the Plaintiffs have begun the negotiation of the request for damages made by the Plaintiffs on behalf of themselves and the class. The Parties request the Court to extend the stay of this case for an additional ninety (90) days so that the Parties can engage in negotiations in an attempt to resolve the damage claims of the Plaintiffs and the class.

5. This request by the Parties to stay these proceedings for an additional ninety (90) days is not made for the purpose of vexation or to delay this matter, but to allow the Parties to engage in negotiations in an attempt to resolve the claims for damages in the Class Action Complaint without engaging in time-consuming litigation for which the Plaintiffs and Defendant will incur substantial legal fees and expenses.

6. The undersigned counsel respectfully request the Court to schedule a hearing on this Joint Status Report and Motion to Stay this Case for an Additional 90 Days if the Court

desires additional information from the Parties concerning the report and the motion for a stay of the proceedings.

**WHEREFORE**, Defendant and the Plaintiffs respectfully request the Court to enter an Order granting the Joint Motion to Stay all Proceedings in this Case for an Additional 90 Days until September 29, 2015.

    Respectfully submitted,

    PAULE, CAMAZINE & BLUMENTHAL, P.C.
     *A Professional Corporation*

    By:/s/ D. Keith Henson
      D. Keith Henson, #31988MO
      165 North Meramec Ave., Suite 110
      Clayton (St. Louis), MO  63105
      Telephone:  (314) 727-2266
      Facsimile:   (314) 727-2101
      khenson@pcblawfirm.com
      Attorney for Defendant City of Jennings

    EQUAL JUSTICE UNDER LAW

    By:/s/ Alec G. Karakatsanis
      Alec G. Karakatsanis
      E.D.Mo. Bar No. 999294DC
      916 G Street NW, Suite 701
      Washington, D.C.  20001
      Telephone:  (202) 681-2409
      alec@equaljusticeunderlaw.org
      Attorney for Plaintiffs

ARCHCITY DEFENDERS

By: /s/ Thomas B. Harvey
    Thomas B. Harvey, #61734MO
    Michael-John Voss, #61742MO
    812 North Collins Alley
    Laclede's Landing
    St. Louis, MO  63102
    Telephone:  (855) 724-2489
    Facsimile:  (314) 621-8071
    tharvey@archcitydefenders.org
    mjvoss@archcitydefenders.org
    Attorneys for Plaintiffs

SAINT LOUIS UNIVERSITY LEGAL CLINIC

By: /s/ John J. Ammann
    John J. Ammann, #34308MO
    Stephen Hanlon, #19340MO
    Brendan D. Roediger, #605585MO
    100 North Tucker Blvd., Suite 704
    St. Louis, MO  63101-1180
    Telephone:  (314) 977-2778
    Facsimile:  (314) 977-1180
    ammannjj@slu.edu
    broedige@slu.edu
    Attorneys for Plaintiffs