UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SAMANTHA JENKINS, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 4:15-CV-252 (CEJ) |
| THE CITY OF JENNINGS, | ) ) ) |
| Defendant. | ) ) |

## ORDER

**IT IS HEREBY ORDERED** that this matter is set for a telephone conference on **Friday, September 4, 2015, at 10:30 a.m.** The court will initiate the call.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of September, 2015.