IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SAMANTHA JENKINS, EDWARD BROWN, KEILEE FANT, BYEON WELLS, MELDON MOFFIT, ALLISON NELSON, HERBERT NELSON, JR., and TONYA DEBERRY, *et al.*, | ) ) ) ) ) |
| Plaintiffs, | ) Case No.: 4:15-CV-00252-CEJ ) ) |
| v. | ) ) |
| THE CITY OF JENNINGS, | ) ) |
| Defendant. | ) ) |

## JOINT STATUS REPORT

COME NOW Plaintiffs and Defendant for their Joint Status Report, and state:

1.  The parties participated in mediation on January 15, 2016 and preliminarily resolved the case.

2.  The parties have prepared a Settlement Agreement, and are in the process of negotiating and finalizing all remaining issues.

3.  Upon the parties' final agreement on all settlement terms, the parties must also seek approval of the Settlement Agreement by the Jennings City Council and the proposed Settlement Administrator.

4.  The parties will endeavor to have the matter finally resolved within the next 45 days.

Respectfully submitted,

ARCHCITY DEFENDERS

By:/s/ Blake A. Strode
    Blake A. Strode, #68422MO
    Thomas B. Harvey, #61734MO

    Michael-John Voss, #61742MO
    812 North Collins Alley
    Laclede's Landing
    St. Louis, MO  63102
    Telephone:  (855) 724-2489
    Facsimile:   (314) 621-8071
    bstrode@archcitydefenders.org
    tharvey@archcitydefenders.org
    mjvoss@archcitydefenders.org
    Attorneys for Plaintiffs

EQUAL JUSTICE UNDER LAW

By:/s/ Alec G. Karakatsanis
    Alec G. Karakatsanis
    Bar No. E.D.Mo. Bar No. 999294DC
    916 G Street NW, Suite 701
    Washington, D.C.  20001
    Telephone:  (202) 681-2409
    alec@equaljusticeunderlaw.org
    Attorney for Plaintiffs

SAINT LOUIS UNIVERSITY LEGAL CLINIC

By:/s/ John J. Ammann
    John J. Ammann, #34308MO
    Stephen Hanlon, #19340MO
    Brendan D. Roediger, #605585MO
    100 North Tucker, Suite 704
    St. Louis, MO  63101-1930
    Telephone:  (314) 977-2778
    Facsimile:   (314) 977-1180
    ammannjj@slu.edu
    broedige@slu.edu
    Attorneys for Plaintiffs

                PAULE, CAMAZINE & BLUMENTHAL, P.C.
                *A Professional Corporation*

By:/s/ D. Keith Henson
    D. Keith Henson, #31988MO
    165 North Meramec Ave., Suite 110
    Clayton (St. Louis), MO  63105
    Telephone:  (314) 727-2266
    Facsimile:   (314) 727-2101
    khenson@pcblawfirm.com
    Attorney for Defendant City of Jennings