UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SAMANTHA JENKINS, et al., )
)
    Plaintiffs, )
)
vs. ) Case No. 4:15-CV-252 (CEJ)
)
THE CITY OF JENNINGS, )
)
    Defendant. )

## ORDER

**IT IS HEREBY ORDERED** that the parties shall have until **July 8, 2016** to file a motion for preliminary approval of class settlement.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of June, 2016.