IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SAMANTHA JENKINS, EDWARD BROWN, KEILEE FANT, BYEON WELLS, MELDON MOFFIT, ALLISON NELSON, HERBERT NELSON, JR., and TONYA DEBERRY, *et al.* | )<br>)<br>)<br>) |
| | ) Civil Action No.: 4:15-CV-00252-CEJ |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| THE CITY OF JENNINGS, | )<br>) |
| Defendant. | ) |

## JOINT MOTION FOR FINAL APPROVAL
## OF CLASS ACTION SETTLEMENT

The Parties, by and through their undersigned counsel, respectfully move this Court for a final Order approving the terms of a proposed class action settlement. In support of this Motion, and for the reasons more fully set forth in the parties' Memorandum of Law in Support, the parties aver as follows:

1. The Court previously granted preliminary approval of the parties' proposed class settlement on July 13, 2016, finding the terms sufficiently fair, reasonable, and adequate to inform the class and proceed to a formal fairness determination. Doc. 33 ("Order"). Pursuant to that Order, the Parties now file this Motion for Final Approval of Class Action Settlement, asking that the Court grant final approval of the proposed settlement and enter the parties' proposed form of judgment.

2. After negotiations, the Parties have reached a proposed settlement of this class action. On or about July 6, 2016, the Parties executed a Class Action Settlement Agreement ("Settlement Agreement" or "Settlement"), a copy of which is attached hereto as Exhibit 1.

1

3. For the reasons set forth herein and in the attached Memorandum of Law in Support, the proposed settlement agreement between the Plaintiffs and the City of Jennings is fair, reasonable and adequate.  The Settlement is the product of arm's length negotiations between Plaintiffs' counsel ("Class Counsel") and Defendant, City of Jennings ("Jennings").

4. The Settlement provides Class Members with substantial and immediate monetary relief and Jennings with certainty and finality, while avoiding the inherent risks, delays, and expenses associated with continued, protracted class action litigation.

5. Accordingly, and consistent with the Memorandum of Law in Support, filed herein, the Parties respectfully request that the Court grant final approval of the proposed settlement.

WHEREFORE, the Parties hereby move this Court for an Order (1) approving the terms of the proposed class action settlement, (2) approving Class Counsel's application for an award of attorneys' fees and costs, and (3) entering Final Order consistent with these findings.

Dated:  December 12, 2016                **Respectfully submitted,**

*/s/ Thomas B. Harvey*　　　　　 _
Thomas B. Harvey (MBE #61734)

*/s/ Michael-John Voss*　　　　　 _
Michael-John Voss (MBE #61742)

*/s/ Blake A. Strode*　　　　　 _
Blake A. Strode (MBE #68422)
ArchCity Defenders
1210 Locust St., 2nd Floor
St. Louis, MO 63103
(855) 724-2489

*/s/ Alec Karakatsanis*　　　　　　　　　 _
Alec  Karakatsanis (E.D.  Mo.Bar  No. 999294 DC)
Civil Rights Corps
910 17th St NW, Fifth Floor
Washington, D.C.  20006
(202) 681-22721

2

alec@civilrightscorps.org

*/s/ John J. Ammann* \_
John J. Ammann (MBE #34308)

*/s/ Stephen Hanlon* \_
Stephen Hanlon (MBE #19340)

*/s/ Brendan Roediger* \_
Brendan Roediger (E.D.Mo. Bar No. IL 6287213)
Saint Louis University School of Law
100 N. Tucker Blvd.
St. Louis, MO 63101-1930
(314) 977-2778
broedige@slu.edu

*Attorneys for Plaintiffs and the Class*


*/s/ D. Keith Henson* \_
D. Keith Henson, #31988MO
Paule, Camazine & Blumenthal, P.C.
165 North Meramec Ave., Suite 110
Clayton, MO 63105
(314) 727-2266
khenson@pcblawfirm.com

*Attorney for Defendant The City of Jennings*