**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| SAMANTHA JENKINS, EDWARD BROWN KEILEE FANT, BYEON WELLS, MELDON MOFFIT, ALLISON NELSON, HERBERT NELSON, JR., and TONYA DEBERRY, et al., ) ) ) ) | ) ) | |
| Plaintiffs, | ) ) | Case No.:  4:15-CV-00252-CEJ |
| v. | ) ) | |
| THE CITY OF JENNINGS, | ) ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

COME NOW the Parties for this Joint Status Report, and state:

1. Class Counsel and Defense Counsel met in person on January 24, 2017 to discuss the status of the investigation by the City of Jennings with regard to the 306 individuals who submitted claims but were not believed to be in the Class.

2. An initial review has been completed and revealed twelve additions to the Class. This review also revealed six individuals for whom the City requires additional identifying information in order to determine whether the individuals have valid claims.

3. This identifying information is now being collected from the Settlement Administrator, after which Class and Defense Counsel will be able to:

    a. Determine the validity of the final six outstanding claimants;

    b. Certify all additional Class Members to the Settlement administrator; and

    c. Review and verify the final per diem payment amount as calculated by the Settlement Administrator.

4. The Parties expect that this process will be completed, payments initiated, and Stipulation for Dismissal filed within ten days.

Dated: January 25, 2017

Respectfully Submitted,

ARCHCITY DEFENDERS

By: */s/ Blake A. Strode*_____
    Blake A. Strode, #68422MO
    Thomas B. Harvey, #61734MO
    Michael-John Voss, #61742MO
    1210 Locust Street
    St. Louis, MO 63103
    Telephone: (855) 724.2489
    Facsimile: (314) 621.8071
    bstrode@archcitydefenders.org
    tharvey@archcitydefenders.org
    mjvoss@archcitydefenders.org
    Attorneys for Plaintiffs

EQUAL JUSTICE UNDER LAW

By: */s/ Alec G. Karakatsanis*_____
    Alec G. Karakatsanis
    Bar No. E.D.Mo. Bar No. 999294DC
    910 17th St NW, Fifth Floor
    Washington, DC 20006
    Telephone: (202) 681.2272
    alec@civilrightscorps.org
    Attorney for Plaintiffs

SAINT LOUIS UNIVERSITY LEGAL CLINIC

By: */s/ John J. Ammann*_____
    John J. Ammann, # 34308MO
    Stephen Hanlon, #1934MO
    Brendan D. Roediger, #605585
    100 North Tucker, Suite 704
    St. Louis, MO 63101-1930
    Telephone: (314) 997.2778
    Facsimile: (314) 997.1188
    ammannjj@slu.edu
    hanlonsf@slu.edu
    broedige@slu.edu
    Attorneys for Plaintiffs

PAULE, CAMAZINE & BLUMENTHAL, P.C.
*A Professional Corporation*

By: */s/ D. Keith Henson*
D. Keith Henson, #31988MO
165 North Meramec Ave., Suite 110
Clayton, MO 63105
Telephone: (314) 727.2266
Facsimile: (314) 727.2101
khenson@pcblawfirm.com
Attorney for Defendant City of Jennings