**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SAMANTHA JENKINS, EDWARD BROWN KEILEE FANT, BYEON WELLS, MELDON MOFFIT, ALLISON NELSON, HERBERT NELSON, JR., and TONYA DEBERRY, et al., | ) ) ) ) ) | |
| | ) | Case No.: 4:15-CV-00252-CEJ |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| THE CITY OF JENNINGS, | ) ) | |
| Defendant. | ) | |

## AMENDED JOINT STATUS REPORT

COME NOW the Parties for this Amended Joint Status Report, and state:

1. In their Joint Status Report dated January 25, 2017 (Doc. 41), the Parties informed this Court that they were in the process of:

    a. Collecting identifying information for six outstanding claimants;

    b. Determining the validity of these six claims;

    c. Certifying all additional Class Members to the Settlement Administrator; and

    d. Verifying the final per diem payment amount as calculated by the Settlement Administrator.

2. The Parties have, indeed, determined the validity of all claims—including the six outstanding—and certified the list of Class Members to the Settlement Administrator.

3. In reviewing the final list of Class Members, the Parties discovered some irregularities affecting the number of jail days associated with each Class Member. The Parties have identified the cause of the irregularities, corrected the error, and

provided final confirmation to the Settlement Administrator of both Class Members and corresponding jail days.

4. The Settlement Administrator expects to have completed all necessary calculations by Tuesday, February 7, 2017.

5. The Parties now expect that the full process will be completed, payments initiated, and Stipulation for Dismissal filed by Friday, February 10, 2017.

Dated: February 6, 2017

Respectfully Submitted,

ARCHCITY DEFENDERS

By: */s/ Blake A. Strode*_____
    Blake A. Strode, #68422MO
    Thomas B. Harvey, #61734MO
    Michael-John Voss, #61742MO
    1210 Locust Street
    St. Louis, MO 63103
    Telephone: (855) 724.2489
    Facsimile: (314) 621.8071
    bstrode@archcitydefenders.org
    tharvey@archcitydefenders.org
    mjvoss@archcitydefenders.org
    Attorneys for Plaintiffs

EQUAL JUSTICE UNDER LAW

By: */s/ Alec G. Karakatsanis*_____
    Alec G. Karakatsanis
    Bar No. E.D.Mo. Bar No. 999294DC
    910 17th St NW, Fifth Floor
    Washington, DC 20006
    Telephone: (202) 681.2272
    alec@civilrightscorps.org
    Attorney for Plaintiffs

SAINT LOUIS UNIVERSITY LEGAL CLINIC

By: */s/ John J. Ammann*_____
    John J. Ammann, # 34308MO
    Stephen Hanlon, #1934MO
    Brendan D. Roediger, #605585

100 North Tucker, Suite 704
St. Louis, MO 63101-1930
Telephone: (314) 997.2778
Facsimile: (314) 997.1188
ammannjj@slu.edu
hanlonsf@slu.edu
broedige@slu.edu
Attorneys for Plaintiffs

PAULE, CAMAZINE & BLUMENTHAL, P.C.
*A Professional Corporation*

By: */s/ D. Keith Henson*_____
D. Keith Henson, #31988MO
165 North Meramec Ave., Suite 110
Clayton, MO 63105
Telephone: (314) 727.2266
Facsimile: (314) 727.2101
khenson@pcblawfirm.com
Attorney for Defendant City of Jennings