IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SAMANTHA JENKINS, EDWARD BROWN, KEILEE FANT, BYEON WELLS, MELDON MOFFIT, ALLISON NELSON, HERBERT NELSON, JR., and TONYA DEBERRY, *et al.*, <br><br>Plaintiffs, <br><br>v. <br><br>THE CITY OF JENNINGS, <br><br>Defendant. | Civil Action No.: 4:15-CV-00252-CEJ |

### AFFIDAVIT OF KELLY KRATZ REGARDING DISTRIBUTION ACTIVITIES COMPLETED AS OF JULY 18, 2017

I, Kelly Kratz, being duly sworn and deposed, say:

1. I am a Principal at Dahl Administration, LLC ("Dahl"), a nationally-recognized firm that provides notice and claims administration services for class actions involving product liability, insurance, fraud, property, employment and discrimination. I have experience in all areas of settlement administration including notification, claims processing and distribution.

2. I am responsible for supervising services provided by Dahl with respect to this action. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify competently thereto.

3. I submit this Affidavit to confirm that the distribution requirements directed by the Court's Order dated December 14, 2016 2016 have been met and to update the parties and the Court with respect to settlement distribution activities completed by Dahl to date.

4. In accordance with the Court's Order, Defendant sent by wire to Dahl Administration the amount of $4,750,000.00.

1

5. On February 14, 2017, in accordance with the Court's Order, Dahl issued the following payments from the Settlement Fund account:

| | |
|---|---:|
| Class Member Payments | $3,182,500.00 |
| Class Representative Payment (8 Total) | $80,000.00 |
| Class Counsel Attorneys' Expenses and Fees | $1,187,500.00 |
| Cy Pres Recipient - Hope House | $300,000.00 |
| Total | $4,750,000.00 |

6. Class Members had until April 14, 2017 to cash these payments. As of June 22, 2017, five (5) checks remain uncashed $42,775.54.

7. Counsel agreed to accept a late claim and a payment in the amount of $8,555.11 was issued on June 22, 2017 to the Class Member and cleared the settlement fund account on June 27, 2017.

8. Pursuant to paragraph III.B.5, after three (3) months if a check remains uncashed and money remains in what is left of the Settlement Fund, the remainder shall be donated to the Friends of Jennings. On June 23, 2017 a check in the amount of $34,220.43 was issued to the cy pres recipient, Friends of Jennings.

I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Executed this 19th day of July, 2017, in Minneapolis, Minnesota.

_____
Kelly Kratz
Principal
Dahl Administration, LLC

Sworn to and subscribed before me this 19th day of July, 2017.

JOANNA ARTIG
Notary Public
State of Minnesota
My Commission Expires
January 31, 2019

_____
Notary Public